```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION

MALIBU MEDIA, LLC,

                 Plaintiff,
v.                                Case No. 2:12-cv-425-FtM-99DNF

JOHN DOES 1-24,

                 Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to the November 15, 2012, Report and Recommendation of Douglas N. Frazier, United States Magistrate Judge (Doc. # 15), in which Judge Frazier recommends that Defendant John Doe #5's Motion to Dismiss (Doc. # 9) be denied as premature and that John Doe #5's Motion for Protective Order, Motion to Quash, and Motion to Reconsider Its Order Granting Leave for Discovery (Doc. # 9) be denied. Judge Frazier also recommends that Plaintiff Malibu Media, LLC be required to notify John Doe #5, or his or her counsel if represented, of Plaintiff's intent to name and serve John Doe #5 at least fourteen days prior to seeking issuance of a summons from the Clerk for the identified John Doe #5 Defendant. (Doc. # 15 at 9).

As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of Judge Frazier and adopts the recommendation of Judge Frazier.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Douglas N. Frazier, United States Magistrate Judge (Doc. # 15), is **ACCEPTED** and **ADOPTED**.

(2) Defendant John Doe #5's Motion to Dismiss (Doc. # 9) is **DENIED** as premature.

(3) John Doe #5's Motion for Protective Order, Motion to Quash, and Motion to Reconsider Its Order Granting Leave for Discovery (Doc. # 9) are **DENIED**.

(4) Plaintiff Malibu Media, LLC is directed to notify John Doe #5, or his or her counsel if represented, of Plaintiff's intent to name and serve John Doe #5 at least fourteen days prior to seeking issuance of a summons from the Clerk for the identified John Doe #5 Defendant.

**DONE** and **ORDERED** in Ft. Myers, Florida, this 5th day of December, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record